# United States District Court
# For The Western District of North Carolina
# Asheville Division

Luther S. Metcalf ,

    Plaintiff(s),

vs.

Michael J. Astrue ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:11-cv-00211

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 05, 2012 Order of Remand.

Signed: March 5, 2012

Frank G. Johns, Clerk
United States District Court